Kirsten A. Milton
Nevada State Bar No. 14401
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  kirsten.milton@jacksonlewis.com
             daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Dignity Health St. Rose Dominican,*
*Siena Campus*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FELIX RALDIREZ, an individual, | |
| Plaintiff, | Case No. 2:20-cv-01504-JAD-VCF |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| DIGNITY HEALTH ST. ROSE DOMINICAN, SIENA CAMPUS; a Domestic Limited-Liability Company, | |
| Defendant. | (First Request) |

Defendant Dignity Health St. Rose Dominican, Siena Campus ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Felix Raldirez ("Plaintiff") by and through his counsel, Hatfield & Associates, Ltd., hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's First Amended Complaint. Defendant was served on October 12, 2020, and Defendant's response is due on November 2, 2020. Plaintiff and Defendant have agreed to an extension of time for Defendant to file a response to the Complaint to allow defense counsel sufficient time to investigate the allegations of the Complaint.

Defendant shall, therefore, have a thirty (30) day extension up to and including December 2, 2020, to file a responsive pleading to Plaintiff's Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 22nd day of October, 2020.

| HATFIELD & ASSOCIATES, LTD. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Trevor J. Hatfield* <br> Trevor J. Hatfield, Esq., Bar No. 7373 <br> 703 South Eighth Street <br> Las Vegas, Nevada 89101 <br><br> *Attorney for Plaintiff* | */s/ Daniel I. Aquino* <br> Kirsten A. Milton, Bar No. 14401 <br> Daniel I. Aquino, Bar No. 12682 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *Dignity Health St. Rose Dominican,* <br> *Siena Campus* |

**ORDER**

**IT IS SO ORDERED:**

Dated: 10-22-2020

_____
Cam Ferenbach
UNITED STATES MAGISTRATE JUDGE

4841-6160-1999, v. 1